UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel., et al.*, <br><br> Plaintiffs/Relators, <br><br> v. <br><br> CENTER FOR DIAGNOSTIC IMAGING, INC., *et al.*, <br><br> Defendants. | Case No. C05-0058RSL <br><br> ORDER DENYING AS MOOT MOTIONS TO FILE EXCESS PAGES |

This matter comes before the Court on defendant's motion "for an extension of the page limit, if applicable." On August 19, 2011, defendant filed a twenty-two page motion to dismiss and for sanctions. (Dkt. #147). Because that motion seeks dispositive relief, the dismissal of certain allegations and claims, defendant was entitled to file a memorandum of up to twenty-four pages in length pursuant to Local Rule 7. The memorandum it filed did not exceed the page limit, so the motion for an extension of the page limit (Dkt. #148) is DENIED as moot. Similarly, plaintiffs' motion to file an overlength response of up to twenty-four pages is DENIED (Dkt. #149) as moot. In the future, counsel are urged to resolve these matters amicably without the Court's

ORDER DENYING MOTIONS - 1

involvement.

DATED this 30th day of August, 2011.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTIONS - 2